PER CURIAM.
 

 We have for review
 
 Breitberg v. State,
 
 942 So.2d 439 (Fla. 4th DCA 2006), in which the Fourth District Court of Appeal cited as authority its decision in
 
 Saintelien v. State,
 
 937 So.2d 234 (Fla. 4th DCA 2006),
 
 approved in result,
 
 990 So.2d 494 (Fla.2008), and certified conflict with the
 
 *1194
 
 Second District Court of Appeal’s decision in
 
 King v. State,
 
 911 So.2d 229 (Fla. 2d DCA 2005), and the Fifth District Court of Appeal’s decision in
 
 King v. State,
 
 855 So.2d 1165 (Fla. 5th DCA 2003). At the time the Fourth District Court issued its decision in
 
 Breitberg,
 
 its
 
 Saintelien
 
 decision was pending review in this Court. We have jurisdiction.
 
 See
 
 art. V, § 3(b)(4), Fla. Const.
 

 We stayed the present case pending our disposition of
 
 Saintelien,
 
 in which we ultimately approved in result the Fourth District Court’s underlying
 
 Saintelien
 
 decision, and approved the decisions of the Second and Fifth District Courts in
 
 King
 
 and
 
 Kidd
 
 “to the extent that a rule 3.800(a) motion may be used to challenge a sexual predator designation when it is apparent from the face of the record that the defendant did not meet the criteria for designation as a sexual predator.”
 
 Saintelien v. State,
 
 990 So.2d 494, 497 (Fla. 2008).
 

 We have determined to exercise jurisdiction and grant the petition for review in the present case. The decision under review is quashed, and this matter is remanded to the Fourth District Court for reconsideration upon review of the record and application of this Court’s decision in
 
 Saintelien.
 

 It is so ordered.
 

 QUINCE, C.J., and WELLS, PARIENTE, LEWIS, CANADY, POLSTON, and LABARGA, JJ., concur.